UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES,

                                                            18-cr-505 (PKC)


                -against-
                                                            ORDER

SEBASTIEN BAEZ,

                        Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        The government shall respond to Mr. Baez's application by May 22, 2020.   There

will be a telephonic hearing on the application on May 27, 2020 at 3:00 p.m.  Defense counsel

shall file a letter stating if Mr. Baez waives his appearance by May 22, 2020.   The call-in

information for this teleconference is:

        Dial-in:        (888) 363-4749

        Access Code:   3667981


        SO ORDERED.

                                            _____
                                                    P. Kevin Castel
                                            United States District Judge

Dated:  New York, New York
        May 18, 2020