115 Broadway, Suite 1704
New York, NY 10006
212.264.9940
Fax 212.898.1187
neil@checkmanlaw.com

LAW OFFICES OF NEIL B. CHECKMAN

December 15, 2020

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007
**By ECF and email**

Re: United States v. Sebastian Baez,
    S-1  18 Cr. 505 (PKC)

Dear Judge Castel:

I write to request that the Court consider early termination of Mr. Baez's Supervised Release based upon his demonstrated rehabilitation, full compliance with supervision to date, and his need and desire to expand his employment opportunities. He has been under supervision since his release on November 17, 2020.

Counsel has spoken with U.S.P.O. Brendan Murillo who has been providing courtesy supervision in the District of New Jersey, where Mr. Baez resides. Mr. Murillo states that his office takes no position on this application, but relates that Mr. Baez has been fully compliant with his supervision, and there have been no issues of concern.

Mr. Baez, again due to his full compliance, has been placed on "low intensity" supervision, and periodically calls in to the Probation Service. However, he needs advance permission to travel out-of-state, which requires this Court's written permission.

The reasons for this requested application are the fact that Mr. Baez has been employed as an Uber driver, and from time to time has been tasked with taking a passenger out of state. He has had to refuse such assignments due to his supervision. In addition, Mr. Baez has been considering additional employment opportunities, including a business enterprise where he would purchase used tires and re-sell them at a profit in the Dominican Republic.

Counsel has re-reviewed the Probation Service's initial recommendation to the Court at

Defendant Baez's Sebastian Baez's term of supervised release shall expire, in the interests of justice, within 14 days of this Order.
SO ORDERED
[signature] USDJ
7-28-22

Hon. P. Kevin Castel
June 13, 2022
Page 2

sentencing wherein they stated that the risk of his recidivism is low.

Mr. Baez has shown that the Probation Service was correct in its assessment. Since his release he has maintained steady, lawful employment, and has been fully compliant.

Accordingly counsel requests that the Court consider terminating his Supervised Release.

We thank the Court for considering this application.

Very truly yours,

Neil B. Checkman

/NBC
cc: A.U.S.A. Adam Hobson (By ECF and email)
    U.S.P.O. Brendan Murillo (By email)
    Mr. Sebastien Baez (By email)